UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA XOCHILT VALENZUELA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00292-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER<br><br>(Docs. 18, 29) |

Plaintiff Samantha Xochilt Valenzuela ("Plaintiff") initiated this action with the filing of a complaint against Defendants United States of America ("Defendant" or "USA") and Daniel David Flores on March 7, 2025. (Doc. 1). On June 4, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 18). On September 12, 2025, the Court denied the parties' initial joint stipulated request for an extension of case management dates, finding the parties' grounds proffered in support thereof did not demonstrate good cause for the requested extension. (Doc. 25).

Pending before the Court is the parties' stipulated request to amend the scheduling order to extend operative discovery and non-dispositive motion dates, filed on November 23, 2025. (Doc. 29). The parties assert good cause exists for the requested extension because they have diligently conducted discovery and were in a position to meet all originally scheduled deadlines despite the lapse in appropriations beginning on October 1, 2025, which prohibited Defendant's

counsel from further work on this matter. *Id.* at 1-2. The parties represent the proposed dates merely address the time lost from the government shutdown and will not affect the dispositive motion or trial dates. *Id.* at 2. The parties seek to amend the scheduling order as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-Expert Discovery | November 26, 2025 | January 16, 2026 |
| Expert Disclosure | January 23, 2026 | March 9, 2026 |
| Rebuttal Expert Disclosure | February 23, 2026 | April 9, 2026 |
| Expert Discovery | April 6, 2026 | May 21, 2026 |
| Non-Dispositive Motion Filing | January 5, 2026 | February 20, 2026 |
| Non-Dispositive Motion Hearing | February 9, 2026, 10:30 AM | March 30, 2026, 10:30 AM |

Based on the parties' stipulated representations, the Court finds good cause exists to amend case management dates and deadlines of the scheduling order.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 29), and for good cause shown, it is HEREBY ORDERED that the scheduling order (Doc. 18) is amended as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Non-Expert Discovery | November 26, 2025 | January 16, 2026 |
| Expert Disclosure | January 23, 2026 | March 9, 2026 |
| Rebuttal Expert Disclosure | February 23, 2026 | April 9, 2026 |
| Expert Discovery | April 6, 2026 | May 21, 2026 |
| Non-Dispositive Motion Filing | January 5, 2026 | February 20, 2026 |
| Non-Dispositive Motion Hearing | February 9, 2026, 10:30 AM | March 30, 2026, 10:30 AM |

All other case management dates and provisions of the operative scheduling order (Doc. 18) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated: **November 24, 2025**

UNITED STATES MAGISTRATE JUDGE